IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH MATTHEWS, et al. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-090-Y |
| | § | |
| KROGER TEXAS, LP | § | |

## FINAL JUDGMENT

In accordance with the jury's verdict returned on September 11, 2015, and Federal Rule of Civil Procedure 58, it is ORDERED that Plaintiffs take nothing by way of their claims against Defendant, and all such claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs under 28 U.S.C. § 1920 shall be borne by Plaintiffs.

SIGNED September 15, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj