KRO-378

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #13447

| Date | Terms |
|------|-------|
| 07/10/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 07/02/2013 | 7849 | Simon, Lisa; White Horse Media Services | 07/10/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| Copy Transcript of Brandi McMicken  Vol: 1 | $ 145.44 |
| | $ 145.44 |

| | |
|---|---|
| Amount Due: | $ 145.44 |
| Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 145.44 |
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

# Usher Reporting Services

1326 Lochness Drive
Allen, Texas 75013
214-755-1612   214-547-0822 Fax
karen@usherreporting.com
www.usherreporting.com

Certified Shorthand Reporting

KRO - 378

**INVOICE NO.**      13-1207

July 15, 2013

Mr. Kyle Briscoe
The Peavler Group
3400 Carlisle Street
Suite 430
Dallas, Texas 75204

Re:  Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; *Elizabeth Matthews vs. Kroger Texas, L.P.*

ORAL DEPOSITION OF ELIZABETH MATTHEWS          1207.88
Taken: June 26, 2013

=====

**Total Amount          $1,207.88**

Tax ID No:   20-4301964

DUE UPON RECEIPT
**THANK YOU FOR YOUR BUSINESS**

# INVOICE

Paid 8/6/13
Via ... 8305

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

KRO -378

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## *Invoice #13710*

| Date | Terms |
|------|-------|
| 09/03/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 09/03/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| **Copy Transcript of James Eric Dickenson  Vol: 1** | $ 147.30 |
| | $ 147.30 |

|  | Amount Due: | $ 147.30 |
|---|-------------|----------|
|  | Paid: | $ 0.00 |

| Balance Due: | $ 147.30 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED
EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

KRO-378

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #13708

| Date | Terms |
|------|-------|
| 09/03/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 09/03/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|--|--------|
| Copy Transcript of Richard Norbert Wollmann  Vol: 1 | |
| | $ 145.30 |
| | $ 145.30 |

| | |
|--|--|
| Amount Due: | $ 145.30 |
| Paid: | $ 0.00 |

| Balance Due: | $ 145.30 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED EXHIBITS.*

Tax ID: 75-2440803   Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

# Invoice

**Valley Court Reporting, LLC**
2700 West Baseline Road, Suite 133-115
Tempe, Arizona 85283
Phone 602-710-1148
EIN 46-3884753

| Date | Invoice # |
|---|---|
| 12/10/2013 | 1015-MA |

**Bill To**

Kyle Briscoe, Esq.
The Peavler Group
3400 Carlisle Street, Suite 430
Dallas, Texas 75204

| Terms | Rep |
|---|---|
| Net 30 | SW |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Matthews vs. Kroger (KRO 375) Case No. 4:19-CV-090-Y Deposition Date: December 5, 2013 | | | |
| Video Depo of Holly Bencheck    1cc (Etran) | 26 | 2.95 | 76.70 |

Thank you for your business.

| | |
|---|---|
| **Total** | $76.70 |

**Steven H. Gentry & Associates, Inc.**

5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

*KRO·378*

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #14357

| Date | Terms |
|------|-------|
| 12/19/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 12/17/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| **Copy Transcript of Dr. James Purgason** | |
| | $ 378.86 |
| | $ 378.86 |

Amount Due:    $ 378.86
Paid:    $ 0.00

*ORDER INCLUDES COPY VIA E-TRANSCRIPT AND PDF
EXHIBITS.*

| Balance Due: | $ 378.86 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

# Usher Reporting Services

1326 Lochness Drive
Allen, Texas 75013
214-755-1612  214-547-0822 Fax
karen@usherreporting.com
www.usherreporting.com

**Certified Shorthand Reporting**

*KRO. 378*

**INVOICE NO.**     **14-1019**

January 31, 2014

Mr. Kyle Briscoe
The Peavler Group
3400 Carlisle Street
Suite 430
Dallas, Texas 75204

Re:  Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; *Elizabeth Matthews vs. Kroger Texas, L.P.*

| | |
|---|---|
| ORAL DEPOSITION OF GREGORY HIPSKIND, M.D. | 1431.51 |
| Taken: January 8, 2014 (Med/Tech/Video) | |
| VIDEOGRAPHER | 588.60 |
| (9:00 a.m. – 3:01 p.m.) | ====== |
| **Total Amount** | **$2,020.11** |

Tax ID No:   20-4301964

## DUE UPON RECEIPT
## THANK YOU FOR YOUR BUSINESS

# INVOICE

*Paid 2/7/14*
*Visa ... 3170*
*eps*

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

KRO-378

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #14611

| Date | Terms |
|------|-------|
| 02/20/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 02/12/2014 | 8475 | Hendrick, Charis M.; White Horse Media Services | 02/20/2014 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| Copy Transcript of Stephen Ozanne, M.D. | $ 204.42 |
| | $ 204.42 |

Amount Due: $ 204.42
Paid: $ 0.00

| Balance Due: | $ 204.42 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES COPY VIA E-TRANSCRIPT AND*
*SCANNED EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

# Usher Reporting Services

1326 Lochness Drive
Allen, Texas 75013
214-755-1612 ◆ 214-547-0822 Fax
karen@usherreporting.com
www.usherreporting.com

**Certified Shorthand Reporting**

**INVOICE NO.**     **14-1055**

February 28, 2014

Ms. Donna Peavler
The Peavler Group
3400 Carlisle Street
Suite 430
Dallas, Texas 75204

     Re:  Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; *Elizabeth Matthews vs. Kroger Texas, L.P.*

ORAL DEPOSITION OF ASA MATTHEWS          697.22
Taken: January 8, 2014

                             =====

**Total Amount**     **$697.22**

Tax ID No:   20-4301964

DUE UPON RECEIPT
**THANK YOU FOR YOUR BUSINESS**

# I N V O I C E

*KRO-378*
*Paid 3/6/14*
*Via ... 3170*
*CDS*



No Payments + No Interest if paid in full
in 6 Months on purchases of $99+
when you check out with PayPal Credit.
Subject to credit approval. See terms. US customers only

## Invoice

## Usher Reporting Services

*K RO- 3 7 8*

Karen Usher
1326 Lochness Drive
Allen, TX 75013
United States
Phone: 214-755-1612
karen@usherreporting.com

| Invoice number | 14-1176 |
|---|---|
| Invoice date | 8/20/2014 |
| Payment terms | Due on receipt |
| Due date | 8/20/2014 |
| Reference | William Bruce Jones, MD |

## Bill To

kkoletar@peavlergroup.com
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

## Ship To

The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| ORAL DEPOSITION OF WILLIAM BRUCE JONES, MD - Taken: July 17, 2014 255 Pages 0/1, 314 pages of Exhibits | 1 | $1,705.87 | $1,705.87 |
| Subtotal | $1,705.87 | | |
| Total | $1,705.87 USD | | |

## Note to recipient(s)

Re: Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth
Division; Elizabeth Matthews vs. Kroger Texas, L.P
240 Pages

    

No Payments + No Interest if paid in full
in 6 Months on purchases of $99+
when you check out with PayPal Credit.
Subject to credit approval. See terms. US customers only

## Invoice

## Usher Reporting Services



Karen Usher
1326 Lochness Drive
Allen, TX 75013
United States
Phone: 214-755-1612
karen@usherreporting.com

| Invoice number | 14-1186 |
|---|---|
| Invoice date | 8/20/2014 |
| Payment terms | Due on receipt |
| Due date | 8/20/2014 |
| Reference | Jason English |

### Bill To

kkoletar@peavlergroup.com
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

### Ship To

The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| ORAL DEPOSITION OF JASON ENGLISH - Taken: August 5, 2014 Kyle Briscoe - 228 pages 0&1, 1,116 pages of Exhibits | 1 | $1,791.66 | $1,791.66 |
| **Subtotal** | $1,791.66 | | |
| **Total** | $1,791.66 USD | | |

### Note to recipient(s)

Re: Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; Elizabeth Matthews and Asa Matthews vs. Kroger Texas, L.P

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

MAY 30 2013
KRO-378

Donna C. Peavler
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #15181

| Date | Terms |
|------|-------|
| 05/22/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 04/28/2014 | 8830 | Hendrick, Charis M. | 05/13/2014 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| Copy Transcript of Jim Hom, Ph.D. | |
| | $ 388.56 |
| | $ 388.56 |

Amount Due:    $ 388.56
Paid:    $ 0.00

| Balance Due: | $ 388.56 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED
EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO-378)

# INVOICE

**Usher Reporting Services**
Karen Usher
1326 Lochness Drive
Allen, TX 75013
United States

Phone: 214-755-1612
karen@usherreporting.com

| | |
|---|---|
| Invoice number | 14-1209 |
| Invoice date | 9/22/2014 |
| Payment terms | Due on receipt |
| Due date | 9/22/2014 |
| Reference | Sharna Wood, Ph.D. |

**Bill To**
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

kkoletar@peavlergroup.com

**Ship To**
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| ORAL DEPOSITION OF SHARNA WOOD, Ph.D. - Taken: August 28, 2014 | 1 | $1,560.30 | $1,560.30 |
| | Subtotal | | $1,560.30 |
| | Total | | $1,560.30 USD |

**Note to recipient(s)**
Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; Elizabeth Matthews and Asa Matthews vs. Kroger Texas, L.P

(K120-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## *Invoice #16710*

| Date | Terms |
|------|-------|
| 12/05/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 11/12/2014 | 9487 | Simon, Lisa; White Horse Media Services | 11/25/2014 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| Copy Transcript of Jorge Romero, M.D. | $ 244.60 |
| | $ 244.60 |

| | |
|---|---|
| Amount Due: | $ 244.60 |
| Paid: | $ 0.00 |

| Balance Due: | $ 244.60 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED
EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #16841

| Date | Terms |
|------|-------|
| 12/24/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/25/2014 | 9084 | Martinez, Carmel; White Horse Media Services | 12/19/2014 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| **Copy Transcript of James Thomas Knorpp, P.E.** | |
| | $ 171.60 |
| | $ 171.60 |

| | |
|---|---|
| Amount Due: | $ 171.60 |
| Paid: | $ 0.00 |

| Balance Due: | $ 171.60 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED
EXHIBITS.*

Tax ID: 75-2440803   Web:  www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

Donna C. Peavler
Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

*Invoice #18308*

| Date | Terms |
|------|-------|
| 07/09/2015 | Payment Due Upon Receipt. |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/26/2013 | 7850 | Simon, Lisa; White Horse Media Services | 07/08/2015 | Courier |

| Cause No. | Case | |
|-----------|------|---|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP | (KRO-378) |

| | Amount |
|---|--------|
| **Copy Transcript of Cameron Charles  Vol: 1** | |
| | $ 225.15 |
| | $ 225.15 |

| | |
|---|---|
| Amount Due: | $ 225.15 |
| Paid: | $ 0.00 |

*ORDER INCLUDES COPY VIA E-TRANSCRIPT, NO EXHIBITS.*

| Balance Due: | $ 225.15 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803   Web: www.gentrycr.com  E-mail: gentrycr@swbell.net  PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

Donna C. Peavler
Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

# *Invoice #18309*

| Date | Terms |
|------|-------|
| 07/09/2015 | Payment Due Upon Receipt. |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 07/08/2015 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP (KRO-379) |

| | Amount |
|---|--------|
| **Copy Transcript of Margarita Salazar** | $ 145.40 |
| | $ 145.40 |

| | |
|--|--|
| Amount Due: | $ 145.40 |
| Paid: | $ 0.00 |

*ORDER INCLUDES COPY VIA E-TRANSCRIPT, NO EXHIBITS REQUESTED.*

| Balance Due: | $ 145.40 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net  PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK
YOU FOR YOUR BUSINESS.

(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #16955

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/05/2014 | 9211 | White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of Jason T. English** |

Amount Due:     $ 143.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

| Balance Due: | $ 143.50 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803     Web: www.gentrycr.com     E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO.378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #16956

| Date | Terms |
|---|---|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/12/2014 | 9487 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|---|---|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|---|
| **Original Transcript of Jorge Romero, M.D.** |

Amount Due:     $ 143.50
Paid:     $ 0.00

| | |
|---|---|
| **Balance Due:** | **$ 143.50** |
| **Payment Due:** | **Upon Receipt** |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

Tax ID: 75-2440803     Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

( KRO-378 )

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16954*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/28/2014 | 9369 | White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| Original Transcript of Sharna Wood, Ph.D. |

Amount Due:    $ 143.50
Paid:    $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE*
*ABOVE WITNESS.*

| Balance Due: | $ 143.50 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

 (KRO-378)

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16953*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/26/2013 | 7850 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP. |

| Description |
|-------------|
| **Original Transcript of Cameron Charles  Vol: 1** |

Amount Due:     $ 143.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

| Balance Due: | $ 143.50 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803     Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO· 378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## *Invoice #16950*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| Original Transcript of Dr. James Purgason |

Amount Due:     $ 143.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE*
*ABOVE WITNESS.*

| Balance Due: | $ 143.50 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #16952

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|

**Original Transcript of James Eric Dickenson  Vol: 1**

Amount Due:     $ 93.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803   Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16951*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of Richard Norbert Wollmann  Vol: 1** |

Amount Due:     $ 93.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

 (KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16949*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| Original Transcript of Margarita Salazar |

Amount Due:      $ 93.50
Paid:      $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE*
*ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

(KRO-378)

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## *Invoice #16948*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 02/12/2014 | 8475 | Hendrick, Charis M.; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of Stephen Ozanne, M.D.** |

Amount Due: $ 93.50
Paid: $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16947*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/25/2014 | 9084 | Martinez, Carmel; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of James Thomas Knorpp, P.E.** |

| | |
|---|---|
| Amount Due: | $ 93.50 |
| Paid: | $ 0.00 |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

*Invoice #16946*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 07/02/2013 | 7849 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|

Original Transcript of Brandi McMicken  Vol: 1

| | |
|---|---|
| Amount Due: | $ 93.50 |
| Paid: | $ 0.00 |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803   Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**VideoDep, Inc.**
7776 South Pointe Parkway West
Suite 170
Phoenix, AZ 85044
(602) 431-2181

Tax ID 86-0787482

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/20/2015 | 13-5497Ma |

PAID 08/20/2015

| BILL TO | SHIP TO |
|---|---|
| Attn: Kim Koletar<br>The Peavler Group<br>2215 Westgate Plaza<br>Grapevine, Texas 76051 | |

| TERMS | REP | SHIP DATE | SHIP VIA |
|---|---|---|---|
| Prepay | | 8/21/2015 | FedEx |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Matthews vs. Kroger<br>Case No. 4:13-CV-090-Y<br>Video Deposition of: Holly Bencheck<br>Depo Date: December 5, 2013 | | | |
| Video/Transcript Synchronization - DepoView (Per Video Hr) | 0.5 | 45.00 | 22.50 |
| Deposition Media - DVD (1 MPEG 1 File) | 1 | 60.00 | 60.00 |
| Expedite | | 50.00 | 50.00 |
| Packaging; Handling & Shipping | 1 | 48.75 | 48.75 |

For your convenience, we accept all major credit cards.

Thank you for your business.

| **Total** | $181.25 |
|---|---|


**iSolutions**
digital litigation services

| Date | Invoice # |
|---|---|
| 7/21/2015 | 5771 |

**Bill To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

**Ship To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

| Job Number | Case Name | Client Matter No. | Sales Rep | Ordered By |
|---|---|---|---|---|
| 20150752 | Matthews | KRO·378 | GM | Kim K |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Blowback B&W | 19,161 | Black and White Blowback | 0.08 | 1,532.88T |
| Blowback Color | 603 | Color Blowback | 1.00 | 603.00T |
| Tabs Index | 369 | Standard Index Tabs | 0.25 | 92.25T |

Signature:

| | |
|---|---|
| Subtotal | $2,228.13 |
| Sales Tax (8.25%) | $183.82 |
| **Total** | **$2,411.95** |

iSolutions is happy to accept the following credit cards via telephone or e-mail.
You may also elect to remit payment with a check or money order to the address below.

214-742-1115     iSolutions Digital Litigation, 400 N. Saint Paul St., Suite 410, Dallas, TX 75201     www.isolutionslit.com
TAX ID: 30-0714028



# iSolutions
### digital litigation services

| Date | Invoice # |
|---|---|
| 8/19/2015 | 5889 |

**Bill To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

**Ship To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

| Job Number | Case Name | Client Matter No. | Sales Rep | Ordered By |
|---|---|---|---|---|
| 20150850 | Matthews v Kroger | KRD-378 | GM | Kim K |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Blowback B&W | 3,095 | Black and White Blowback | 0.08 | 247.60T |
| Blowback Color | 68 | Color Blowback | 1.00 | 68.00T |
| Tabs Index | 157 | Standard Index Tabs | 0.25 | 39.25T |

Signature:

| | |
|---|---|
| Subtotal | $354.85 |
| Sales Tax (8.25%) | $29.28 |
| **Total** | **$384.13** |

iSolutions is happy to accept the following credit cards via telephone or e-mail.
You may also elect to remit payment with a check or money order to the address below.

214-742-1115    iSolutions Digital Litigation, 400 N. Saint Paul St., Suite 410, Dallas, TX 75201    www.isolutionslit.com
TAX ID: 30-0714028



# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 341107 | 09/26/2013 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-47790-066 | 07/22/2013 | 4:13-CV-090-Y |

| CASE CAPTION |
|---|
| Elizabeth Matthews vs. Kroger Texas, L.P. |

| RECORDS PERTAINING TO |
|---|
| ELIZABETH MATTHEWS |
| SSN : XXX-XX-5911          DOB : 10/03/1966 |

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

| RECORDS FROM |
|---|

ALBERTSON'S LLC    Human Resources
P.O. BOX 20    BOISE, ID 83726

Copy of Records for Opposing Counsel Pertaining To:
    ELIZABETH MATTHEWS                                                              86.00

KRO-378

TOTAL DUE   >>>>                86.00

Invoice paid with your check #: 3927

PAID
9/10/13

TAX ID NO. : 73-1497732                                              (214) 999-0550    Fax (214) 999-0551

---

*Please detach and return this portion with your payment*

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

Invoice No.:  341107
Date      :  09/26/2013
**TOTAL DUE** :  $       86.00

Order No.  :  01-47790-066
Cause No.  :  4:13-CV-090-Y
Elizabeth Matthews vs. Kroger Texas,

Remit To:    **Written Deposition Service, LLC**
             **1750 Valley View Lane**
             **Suite 210**
             **Dallas, TX 75234**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 391326**
Federal Tax ID 75-2434012
Invoice Date 10/11/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

KRO.378

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                      **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :      Our File No : **372050**

Our Services Ordered By :                         Records From :
THE PEAVLER GROUP                            WAL-MART - EMPLOYMENT
B. KYLE BRISCOE                                  C/O CT CORP.
3400 CARLISLE STREET                         350 N. ST. PAUL STREET
SUITE 430                                            SUITE 2900
DALLAS, TX 75204                                DALLAS, TX 75201

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 72 | $0.50 | $36.00 |
| Client Copy - Per Page | 72 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $95.84 | $95.84 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| Color Copy - Per Page | 10 | $1.00 | $10.00 |
| **Invoice Totals** | | | **$256.84** |

**CLIENT COPY**

\in GROUP, P.C.                                                003070

# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 343308 | 10/22/2013 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-47790-067 | 08/26/2013 | 4:13-CV-090-Y |

| CASE CAPTION |
|---|
| Elizabeth Matthews vs. Kroger Texas, L.P. |

| RECORDS PERTAINING TO |
|---|
| ELIZABETH MATTHEWS |
| SSN : XXX-XX-5911                    DOB : 10/03/1966 |

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

| RECORDS FROM |
|---|

KID TO KID    Human Resources
8420 DENTON HWY, STE 108    WATAUGA, TX 76148

Copy of Records for Opposing Counsel Pertaining To:
    ELIZABETH MATTHEWS                                          100.00

                                    TOTAL  DUE  >>>>        100.00

Invoice paid with your check #: 003979

PAID

KRO-378

TAX ID NO. :  73-1497732                          (214) 999-0550   Fax  (214) 999-0551

*Please detach and return this portion with your payment*

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

Invoice No.:  343308
Date      :  10/22/2013
**TOTAL DUE**  :  $    100.00


Order No.  :  01-47790-067
Cause No.  :  4:13-CV-090-Y
Elizabeth Matthews vs. Kroger Texas,

Remit To:    **Written Deposition Service, LLC**
             **1750 Valley View Lane**
             **Suite 210**
             **Dallas, TX 75234**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

OCT 23 2013

**Invoice - 392589**
Federal Tax ID 75-2434012
Invoice Date 10/23/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                      Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :          Our File No : **377976**

Our Services Ordered By :                       Records From :
THE PEAVLER GROUP                              ALLSTATE INSURANCE COMPANY
B. KYLE BRISCOE                                    ATTN:  CLAIMS DEPT.
3400 CARLISLE STREET                          8675 FREEPORT PARKWAY
SUITE 430                                             SUITE E-2
DALLAS, TX 75204                                 IRVING, TX 75063

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 5 | $0.50 | $2.50 |
| Client Copy - Per Page | 5 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$117.50** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 394000**
Federal Tax ID 75-2434012
Invoice Date 11/06/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**    Claim No :      Our File No : **377972**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. LUIS DUARTE
120 E. BEAUREGARD AVE
ATTN:MEDICAL RECORDS
SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 293 | $0.50 | $146.50 |
| Client Copy - Per Page | 293 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $75.95 | $75.95 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$337.45** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 394379**
Federal Tax ID 75-2434012
Invoice Date 11/12/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **377977**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
GATES MCDONALD & COMPANY
ATTN: CLAIMS DEPT.
215 N. FRONT ST
COLUMBUS, OH 43215

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 395967**
Federal Tax ID 75-2434012
Invoice Date 11/26/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

*KRO-378*

Deliver To : **KIM KOLETAR**                                    Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **377973**

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                              SHANNON MEDICAL CENTER - MEDICAL
B. KYLE BRISCOE                                   120 E. HARRIS
3400 CARLISLE STREET                         ATTN: MEDICAL RECORDS
SUITE 430                                            SAN ANGELO, TX 76903
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 749 | $0.50 | $374.50 |
| Client Copy - Per Page | 749 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $686.30 | $686.30 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$1,175.80** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 396169**
Federal Tax ID 75-2434012
Invoice Date 11/27/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

*KRO-378*

Deliver To : **KIM KOLETAR**                                  Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**    Claim No :        Our File No : **377975**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
21ST CENTURY INSURANCE
P.O.BOX 268820
ATTN: CLAIM DEPT. / LEGAL
OKLAHOMA CITY, OK 731268820

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 396554**

Federal Tax ID 75-2434012
Invoice Date 12/05/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :        Our File No : **377974**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
BLUE CROSS BLUE SHIELD
ATTN:  CLAIMS DEPT.
1001 EAST LOOKOUT DRIVE
RICHARDSON, TX 75082

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 16 | $0.50 | $8.00 |
| Client Copy - Per Page | 16 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $36.00 | $36.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$159.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 397350**
Federal Tax ID 75-2434012
Invoice Date 12/16/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :                     Our File No : **377978**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                             NATIONWIDE INSURANCE COMPANY
B. KYLE BRISCOE                                    C/O CT CORP
3400 CARLISLE STREET                          2150 LAKESIDE BLVD STE 200
SUITE 430                                              RICHARDSON, TX 75082
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 402227**

Federal Tax ID 75-2434012
Invoice Date 02/05/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

| | |
|---|---|
| Deliver To : **KIM KOLETAR** | **Your File No: KRO-378** |
| Pertaining To : **ELIZABETH MATTHEWS**     Claim No : | Our File No : **386730** |

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
TOUCHSTONE IMAGING
1425 GROSS ROAD
STE. 130
ATTN: MEDICAL RECORDS
MESQUITE, TX 75149

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 403223**
Federal Tax ID 75-2434012
Invoice Date 02/17/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

(KRO-378)

- VS -
KROGER TEXAS, L.P.

---

| Deliver To : **KIM KOLETAR** | | **Your File No: KRO-378** |
| Pertaining To : **ELIZABETH MATTHEWS** | Claim No : | Our File No : **386726** |

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
ENVISION IMAGING OF FORT WORTH
10840 TEXAS HEALTH TRAIL
SUITE 140
ATTN: MEDICAL RECORDS
FORT WORTH, TX 76244

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 22 | $0.50 | $11.00 |
| Client Copy - Per Page | 22 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $116.57 | $116.57 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$242.57** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 403588**

Federal Tax ID 75-2434012

Invoice Date 02/20/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                   **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**       Claim No :                       Our File No : **386729**

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                                TEXAS HEALTH PHYSICIANS GROUP
B. KYLE BRISCOE                                       1301 PENNSYLVANIA AVE.
3400 CARLISLE STREET                             ATTN:MEDICAL RECORDS
SUITE 430                                                  FORT WORTH, TX
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404020**

Federal Tax ID 75-2434012
Invoice Date 02/24/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **386727**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
NORTHWEST FAMILY PRACTICE
4504 BOAT CLUB ROAD, SUITE 800
ATTN: MEDICAL RECORDS
FORT WORTH, TX 76135

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404051**
Federal Tax ID 75-2434012
Invoice Date 02/25/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET      - VS -
SUITE 430                 KROGER TEXAS, L.P.
DALLAS, TX 75204

---

Deliver To : **KIM KOLETAR**                           **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**    Claim No :      Our File No : **386724**

Our Services Ordered By :                  Records From :
THE PEAVLER GROUP                          NORTH TARRANT FAMILY PRACTIC
B. KYLE BRISCOE                            5445 BASSWOOD BLVD.
3400 CARLISLE STREET                       SUITE 650
SUITE 430                                  ATTN: MEDICAL RECORDS
DALLAS, TX 75204                           FORT WORTH, TX 76137

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404695**
Federal Tax ID 75-2434012
Invoice Date 02/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

*KRO-378*

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                         Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :                Our File No : **386803**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            WILLIAM BRUCE JONES, PH.D.
B. KYLE BRISCOE                              12820 HILLCREST
3400 CARLISLE STREET                         SUITE 118
SUITE 430                                    DALLAS, TX 75230
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 147 | $0.50 | $73.50 |
| Client Copy - Per Page | 147 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $143.75 | $143.75 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$332.25** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404618**

Federal Tax ID 75-2434012
Invoice Date 02/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*KRO-378*

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :                **Our File No : 386723**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
TOUCHSTONE IMAGING
5455 BASSWOOD BLVD.
SUITE 550
FORT WORTH, TX 76137

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 32 | $0.50 | $16.00 |
| Client Copy - Per Page | 32 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $58.00 | $58.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$189.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404847**

Federal Tax ID 75-2434012
Invoice Date 03/03/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*KRO-378*

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                       **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **389024**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
FAMILY MEDICINE OF NORTH TEXAS
2601 SCRIPTURE ST.
SUITE 102
ATTN:MEDICAL RECORDS
DENTON, TX 76201

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 91 | $0.50 | $45.50 |
| Client Copy - Per Page | 91 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $58.00 | $58.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$218.50** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 405340**

Federal Tax ID 75-2434012
Invoice Date 03/06/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **389029**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. MICHAEL LEE
4232 HERITAGE TRACE PKWY
ATTN: MEDICAL RECORDS
KELLER, TX 76248

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 405435**

Federal Tax ID 75-2434012
Invoice Date 03/07/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **389028**

---

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                               DR. LAN LE
B. KYLE BRISCOE                                 800 8TH AVE.
3400 CARLISLE STREET                            SUITE 506
SUITE 430                                       ATTN:MEDICAL RECORDS
DALLAS, TX 75204                                FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 26 | $0.50 | $13.00 |
| Client Copy - Per Page | 26 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $50.00 | $50.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$178.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 405717**

Federal Tax ID 75-2434012
Invoice Date 03/10/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

KRO-378

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                  Our File No : **389030**

Our Services Ordered By :                            Records From :
THE PEAVLER GROUP                                    MEDSTAR EMERGENCY MEDICAL SERVICES
B. KYLE BRISCOE                                          551 E. BERRY STREET
3400 CARLISLE STREET                                ATTN: MEDICAL RECORDS/JESSICA
SUITE 430                                                     FORT WORTH, AK 76110
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 9 | $0.50 | $4.50 |
| Client Copy - Per Page | 9 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $87.00 | $87.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$206.50** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :              Our File No : **386802**

---

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                              SHARNA L. WOOD, PH.D.
B. KYLE BRISCOE                                    190 N. RIDGEWAY DRIVE
3400 CARLISLE STREET                           SUITE 101
SUITE 430                                              ATTN: MEDICAL RECORDS
DALLAS, TX 75204                                  CLEBURNE, TX 76033

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $600.00 | $600.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$715.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406044**

Federal Tax ID 75-2434012
Invoice Date 03/13/2014
Account 11564-
**Invoice Due On Receipt**

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **386721**

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                           SAN ANGELO RADIOLOGISTS, PA - MEDICAL
B. KYLE BRISCOE                                  3308 FOSTER STREET
3400 CARLISLE STREET                         ATTN:  MEDICAL RECORDS
SUITE 430                                             SAN ANGELO, TX 76902
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406457**
Federal Tax ID 75-2434012
Invoice Date 03/17/2014
Account 11564-
**Invoice Due On Receipt**

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**

Claim No :

**Your File No: KRO-378**
Our File No : **389446**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
TARRANT FAMILY PRACTICE, PA
4504 BOAT CLUB ROAD
SUITE 800
FORT WORTH, TX 76135

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

---

**CLIENT COPY**

**america ★ first**

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*(KRO-378)*

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **389031**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
TEXAS NEURODIAGNOSTIC ASSOCIATES
800 8TH AVE.
SUITE 118
ATTN:MEDICAL RECORDS
FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 210 | $0.50 | $105.00 |
| Client Copy - Per Page | 210 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $199.02 | $199.02 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$419.02** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406884**

Federal Tax ID 75-2434012
Invoice Date 03/20/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                            **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                    Our File No : **389021**

Our Services Ordered By :                         Records From :
THE PEAVLER GROUP                                 ARLINGTON NEUROSURGICAL AND SPINE
B. KYLE BRISCOE                                   800 WEST ARBROOK
3400 CARLISLE STREET                              SUITE 250
SUITE 430                                         MEDICAL RECORDS
DALLAS, TX 75204                                  ARLINGTON, TX 76015

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 23 | $0.50 | $11.50 |
| Client Copy - Per Page | 23 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $32.00 | $32.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$158.50** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406919**
Federal Tax ID 75-2434012
Invoice Date 03/20/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                    Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :          Our File No : **386722**

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                              PLAZA MEDICAL CENTER - MEDICAL
B. KYLE BRISCOE                                    900 EIGHTH AVENUE
3400 CARLISLE STREET                            ATTN: HEALTHPORT/MEDICAL RECS
SUITE 430                                            FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 144 | $0.50 | $72.00 |
| Client Copy - Per Page | 144 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $193.18 | $193.18 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$380.18** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 407375**

Federal Tax ID 75-2434012
Invoice Date 03/25/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*( KRO-378 )*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **386728**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
TEXAS HEALTH HARRIS METHODIST HOSPITAL
612 EAST LAMAR BLVD
ATTN: CARRIE
SUITE 800
ARLINGTON, TX 76011

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 267 | $0.50 | $133.50 |
| Client Copy - Per Page | 267 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $130.03 | $130.03 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$378.53** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 407810**
Federal Tax ID 75-2434012
Invoice Date 03/28/2014
Account 11564-
**Invoice Due On Receipt**

APR 0 3 2013

KRO-378

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                      **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :              Our File No : **389027**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
HEALTHSOUTH CITYVIEW REHABILITATION
6701 OAKMONT BLVD.
ATTN: MEDICAL RECORDS
FORT WORTH, TX 76132

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 104 | $0.50 | $52.00 |
| Client Copy - Per Page | 104 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $195.52 | $195.52 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$362.52** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 408859**
Federal Tax ID 75-2434012
Invoice Date 04/08/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*KRO-378*

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **389025**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
HEALTH FIRST MEDICAL GROUP
7630 NORTH BEACH STREET
SUITE 140
ATTN:MEDICAL RECORDS
FORT WORTH, TX 76137

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 167 | $0.50 | $83.50 |
| Client Copy - Per Page | 167 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $151.00 | $151.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$349.50** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 408854**
Federal Tax ID 75-2434012
Invoice Date 04/08/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*KRO 378*

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                   **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :              Our File No : **389032**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. JOE WHEELER
1650 W. ROSEDALE STREET
SUITE 305
ATTN: MEDICAL RECORDS
FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|-----------------|----------|------|----------|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

-------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 410346**
Federal Tax ID 75-2434012
Invoice Date 04/22/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **389022**

Our Services Ordered By :                           Records From :
THE PEAVLER GROUP                              BAYLOR ALL SAINTS MEDICAL CENTER - MEDICAL
B. KYLE BRISCOE                                    ATTN: MEDICAL RECORDS
3400 CARLISLE STREET                            1400 EIGHTH AVENUE
SUITE 430                                         FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 23 | $0.50 | $11.50 |
| Client Copy - Per Page | 23 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $150.26 | $150.26 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$276.76** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 411267**

Federal Tax ID 75-2434012
Invoice Date 04/29/2014
Account 11564-
**Invoice Due On Receipt**

MAY 1 4 2013

*KRO-378*

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                      Our File No : **389023**

Our Services Ordered By :                      Records From :
THE PEAVLER GROUP                              CARENOW - MEDICAL
B. KYLE BRISCOE                                ATTN:  MEDICAL RECORDS
3400 CARLISLE STREET                           645 E. STATE HWY 121
SUITE 430                                      SUITE 600
DALLAS, TX 75204                               COPPELL, TX 75019

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 82 | $0.50 | $41.00 |
| Client Copy - Per Page | 82 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $106.05 | $106.05 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$262.05** |

---

**CLIENT COPY**

**...rica ★ first**
325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

*(KRO-378)*

**Invoice - 419550**
Federal Tax ID 75-2434012
Invoice Date 07/11/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**

Claim No :

**Your File No: KRO-378**
Our File No : **401364**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. JERRY K. GIDEON
120 E HARRIS AVE
ATTN: MEDCIAL RECORDS
SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

(KRO-378)

**Invoice - 419552**

Federal Tax ID 75-2434012
Invoice Date 07/11/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                              **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                    Our File No : **401363**

Our Services Ordered By :                         Records From :
THE PEAVLER GROUP                                 SHANNON MEDICAL PLAZA
B. KYLE BRISCOE                                   102 N. MAGDALEN ST.
3400 CARLISLE STREET                              SUITE 210
SUITE 430                                         ATTN: MEDICAL RECORDS
DALLAS, TX 75204                                  SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $1.00 | $1.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$76.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 419731**
Federal Tax ID 75-2434012
Invoice Date 07/14/2014
Account 11564-
**Invoice Due On Receipt**

( *KRO-378* )

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**

**Your File No: KRO-378**

Claim No :

Our File No : **401365**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. RONNIE M. FENTON
120 E HARRIS AVE
ATTN: MEDICAL RECORDS
SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420397**

Federal Tax ID 75-2434012
Invoice Date 07/18/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :        Our File No : **401382**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            DR. JULIE A. THOMAS
B. KYLE BRISCOE                              4323 N. JOSEY LANE
3400 CARLISLE STREET                         SUITE 306
SUITE 430                                    ATTN: MEDICAL RECORD
DALLAS, TX 75204                             CARROLLTON, TX 75010

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 19 | $0.50 | $9.50 |
| Client Copy - Per Page | 19 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $40.00 | $40.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$164.50** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420463**

Federal Tax ID 75-2434012
Invoice Date 07/18/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*(KRO-378)*

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

Your File No: **KRO-378**
Our File No : **401370**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
BRYAN MITCHELL ELLIOTT, LPC, LMFT
2200 JOHNSON AVE.
ATTN: MEDICAL RECORDS
SAN ANGELO, TX 76904

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420558**

Federal Tax ID 75-2434012
Invoice Date 07/21/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :            Our File No : **401380**

Our Services Ordered By :                      Records From :
THE PEAVLER GROUP                              DR. ALEXANDER CHO
B. KYLE BRISCOE                                7777 FOREST LANE
3400 CARLISLE STREET                           BLDG C, SUITE 500
SUITE 430                                      ATTN: MEDICAL RECORDS
DALLAS, TX 75204                               DALLAS, TX 75230

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420559**
Federal Tax ID 75-2434012
Invoice Date 07/21/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**            Claim No :

**Your File No: KRO-378**
Our File No : **401368**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. BARRY L. NORTHCUTT
105 S. BRYANT AVE.
SUITE 410
ATTN: MEDICAL RECORDS
EDMOND, OK 73034

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420560**

Federal Tax ID 75-2434012
Invoice Date 07/21/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

( KRO-378 )

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :              Our File No : **401383**

Our Services Ordered By :                      Records From :
THE PEAVLER GROUP                           DR. JOE M. TODD - MEDICAL
B. KYLE BRISCOE                                 1300 W. ROSEDALE
3400 CARLISLE STREET                        SUITE B
SUITE 430                                           FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420679**

Federal Tax ID 75-2434012
Invoice Date 07/22/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                              **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :              Our File No : **401372**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. PRAVEEN K. REDDY - MEDICAL
3310 W. WADLEY AVE
MIDLAND, TX 79707

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421091**
Federal Tax ID 75-2434012
Invoice Date 07/25/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

*(KRO-378)*

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **401381**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. PEDRO NOSNIK
4100 W 15TH ST # 206
ATTN: MEDICAL RECORDS
PLANO, TX 75093

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 60 | $0.50 | $30.00 |
| Client Copy - Per Page | 60 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $109.64 | $109.64 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$254.64** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421339**

Federal Tax ID 75-2434012

Invoice Date 07/28/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                             **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :           Our File No : **401371**

Our Services Ordered By :                              Records From :
THE PEAVLER GROUP                               DR. MARK O. DAVIS
B. KYLE BRISCOE                                       3501 KNICKERBOCKER RD.
3400 CARLISLE STREET                             ATTN: MEDICAL RECORDS / BRIANA
SUITE 430                                                   SAN ANGELO, TX 76904
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421338**

Federal Tax ID 75-2434012
Invoice Date 07/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*( KRO-378 )*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **401369**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. STEVEN A. DUNNAGAN
500 SOUTH UNIVERSITY AVENUE
SUITE 101
ATTN: DARLEEN
LITTLE ROCK, AR 77205

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421351**
Federal Tax ID 75-2434012
Invoice Date 07/29/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :      Our File No : **401367**

Our Services Ordered By :                         Records From :
THE PEAVLER GROUP                                 DR. KELLY W. WILSON
B. KYLE BRISCOE                                       225 E. BEAUREGARD AVE.
3400 CARLISLE STREET                              ATTN; MEDICAL RECORDS
SUITE 430                                                 SAN ANGELO, TX 76903
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 33 | $0.50 | $16.50 |
| Client Copy - Per Page | 33 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $39.95 | $39.95 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$171.45** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421757**
Federal Tax ID 75-2434012
Invoice Date 07/31/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                                 **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**       Claim No :                 Our File No : **401377**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                              DR. ROGER S. BLAIR - MEDICAL
B. KYLE BRISCOE                                    ATTN: MEDICAL RECORDS
3400 CARLISLE STREET                           1325 PENNSYLVANIA AVENUE
SUITE 430                                              SUITE 700
DALLAS, TX 75204                                  FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 57 | $0.50 | $28.50 |
| Client Copy - Per Page | 57 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $96.16 | $96.16 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$239.66** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421814**

Federal Tax ID 75-2434012

Invoice Date 08/01/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*( KRO-378 )*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :            Our File No : **401378**

---

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            FEM CENTER
B. KYLE BRISCOE                              709 W. LEUDA ST.
3400 CARLISLE STREET                         ATTN; MEDICAL RECORDS
SUITE 430                                    FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 83 | $0.50 | $41.50 |
| Client Copy - Per Page | 83 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $58.00 | $58.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$214.50** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 422561**

Federal Tax ID 75-2434012
Invoice Date 08/08/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                      **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **401379**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
CARENOW - MEDICAL
645 EAST STATE HWY 121
STE 600
MEDICAL RECORDS
COPPELL, TX 75019

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

--------------------------------------------------------------------------------------------

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

| | | | | |
|---|---|---|---|---|
| ___ Visa | Card Number | _____ | Expiration | _____ |
| ___ Mastercard | Invoices | 422561 | | |
| ___ AMEX | Signature | _____ | Date | _____ |

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 423077**

Federal Tax ID 75-2434012
Invoice Date 08/14/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

*(KRO-378)*

---

Deliver To : **KIM KOLETAR**                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :            Our File No : **401375**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            DR. JAY N. YEPURI
B. KYLE BRISCOE                              1600 CENTRAL DR.
3400 CARLISLE STREET                         SUITE 155/310
SUITE 430                                    ATTN: MEDICAL RECORDS
DALLAS, TX 75204                             BEDFORD, TX 76022

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 74 | $0.50 | $37.00 |
| Client Copy - Per Page | 74 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $99.00 | $99.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$251.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 423191**

Federal Tax ID 75-2434012
Invoice Date 08/15/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :              Our File No : **401366**

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                              DR. PETER CHANG
B. KYLE BRISCOE                                    2142 SUNSET DR.
3400 CARLISLE STREET                            ATTN: MEDICAL RECORDS
SUITE 430                                              SAN ANGELO, TX 76904
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                    Card Number _____              Expiration _____
___ Mastercard          Invoices    423191_____
___ AMEX                 Signature   _____              Date _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 424511**

Federal Tax ID 75-2434012
Invoice Date 08/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

(KRO-378)

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :                **Our File No : 401373**

Our Services Ordered By :                              Records From :
THE PEAVLER GROUP                                   DR. WILLIAM E. BAZZELL
B. KYLE BRISCOE                                          10950 U.S. HWY 87 NORTH
3400 CARLISLE STREET                              ATTN: MEDICAL RECORDS
SUITE 430                                                      CARLSBAD, TX 76934
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 425158**

Federal Tax ID 75-2434012
Invoice Date 09/04/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.          (KRO-378)

---

Deliver To : **KIM KOLETAR**                                      **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :              Our File No : **401374**

---

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            DR. PAUL H. CHO
B. KYLE BRISCOE                              909 9TH AVE.
3400 CARLISLE STREET                         SUITE 201, PLAZA I
SUITE 430                                    ATTN: MEDICAL RECORDS
DALLAS, TX 75204                             FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $25.00 | $25.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$140.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 425470**

Federal Tax ID 75-2434012
Invoice Date 09/08/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

(KRO-378)

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :        Our File No : **402839**

---

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                          ALBERTSON'S - EMPLOYMENT
B. KYLE BRISCOE                                3030 CULLERTON DRIVE
3400 CARLISLE STREET                        ATTN: HUMAN RESOURCES
SUITE 430                                          FRANKLIN PARK, TX 60131
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 9 | $0.50 | $4.50 |
| Client Copy - Per Page | 9 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $50.00 | $50.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$169.50** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 426336**
Federal Tax ID 75-2434012
Invoice Date 09/15/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

(KRO-378)

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **401376**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. CHARLES D. MARABLE
800 8TH AVE.
SUITE 118
ATTN: MEDICAL RECORDS
FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 214 | $0.50 | $107.00 |
| Client Copy - Per Page | 214 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $169.00 | $169.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$391.00** |

--------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 431478**
Federal Tax ID 75-2434012
Invoice Date 11/05/2014
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

(KRO-378)

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                                **Your File No: KRO-378**
Pertaining To : **BUSINESS RECORDS**            Claim No :                    Our File No : **411677**

Our Services Ordered By :                        Location :
THE PEAVLER GROUP                                HOME DEPOT U.S.A., INC.
B. KYLE BRISCOE                                  CSC-LAWYERS INCO
3400 CARLISLE STREET                             211 E. 7TH STREET
SUITE 430                                        SUITE 620
DALLAS, TX 75204                                 AUSTIN, TX 78701

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 0 | $0.50 | $0.00 |
| Client Copy - Per Page | 0 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $55.00 | $55.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$170.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 432292**

Federal Tax ID 75-2434012
Invoice Date 11/14/2014
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

*(KRO-378)*

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **BUSINESS RECORDS**          Claim No :          Our File No : **411676**

Our Services Ordered By :                        Location :
THE PEAVLER GROUP                          LOWE'S HOME CENTERS, LLC
B. KYLE BRISCOE                                 CSC-LAWYERS INCO
3400 CARLISLE STREET                        211 E. 7TH STREET
SUITE 430                                            SUITE 620
DALLAS, TX 75204                               AUSTIN, TX 78701

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**

Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                          Card Number _____          Expiration _____
___ Mastercard              Invoices      432292                                   
___ AMEX                       Signature _____              Date _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 433130**

Federal Tax ID 75-2434012
Invoice Date 11/21/2014
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                      **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **413375**

Our Services Ordered By :                        Location :
THE PEAVLER GROUP                              CITY OF SAN ANGELO EMS
B. KYLE BRISCOE                                    306 W. 1ST STREET
3400 CARLISLE STREET                            SAN ANGELO, TX 76903
SUITE 430
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                    Card Number _____        Expiration _____
___ Mastercard          Invoices    433130_____
___ AMEX                  Signature _____        Date _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 437648**

Federal Tax ID 47-2852736
Invoice Date 01/09/2015
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

- VS -

KROGER TEXAS, L.P.

*(KRO-378)*

---

**Deliver To : KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **413383**

Our Services Ordered By :                         Location :
THE PEAVLER GROUP                                 LONE STAR ORTHOPEDIC & SPINE
B. KYLE BRISCOE                                   215 OLD HIGHWAY 1187
2215 WESTGATE PLAZA                               BURLESON, TX 76028
GRAPEVINE, TX 76051

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $1.00 | $1.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$76.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                Card Number _____          Expiration _____
___ Mastercard          Invoices    __437648_____
___ AMEX                Signature   _____          Date _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 438853**
Federal Tax ID 47-2852736
Invoice Date 01/21/2015
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

(KRO-378)

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **413382**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

Location :
DR. CHRISTOPHER INCE
1001 12TH AVENUE
SUITE 172
FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 6 | $0.50 | $3.00 |
| Client Copy - Per Page | 6 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $65.00 | $65.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$183.00** |

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                    Card Number _____          Expiration _____
___ Mastercard           Invoices      _438853_____
___ AMEX                  Signature _____            Date _____

# america ★ first

325 H. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 442204**

Federal Tax ID 47-2852736
Invoice Date 02/24/2015
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

(KRO-378)

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                             **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        **Our File No : 406936**

Our Services Ordered By :                          Location :
THE PEAVLER GROUP                             NATIONAL PERSONNEL RECORDS CENTER -
B. KYLE BRISCOE                                   ATTN: MEDICAL RECORDS
2215 WESTGATE PLAZA                          9700 PAGE AVENUE
GRAPEVINE, TX 76051                            ST. LOUIS, MO 63132

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$70.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                    Card Number _____        Expiration _____
___ Mastercard        Invoices    _442204_____
___ AMEX                 Signature _____              Date _____