KRO-378

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #13447

| Date | Terms |
|------|-------|
| 07/10/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 07/02/2013 | 7849 | Simon, Lisa; White Horse Media Services | 07/10/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| Copy Transcript of Brandi McMicken  Vol: 1 | $ 145.44 |
| | $ 145.44 |

Amount Due: $ 145.44
Paid: $ 0.00

| Balance Due: | $ 145.44 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

# Usher Reporting Services

1326 Lochness Drive
Allen, Texas 75013
214-755-1612   214-547-0822 Fax
karen@usherreporting.com
www.usherreporting.com

**Certified Shorthand Reporting**

*KRO - 378*

**INVOICE NO.**      **13-1207**

July 15, 2013

Mr. Kyle Briscoe
The Peavler Group
3400 Carlisle Street
Suite 430
Dallas, Texas 75204

    Re:  Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; *Elizabeth Matthews vs. Kroger Texas, L.P.*

ORAL DEPOSITION OF ELIZABETH MATTHEWS      1207.88
Taken: June 26, 2013

                                          = = = = =

                    **Total Amount**      **$1,207.88**

Tax ID No:   20-4301964

DUE UPON RECEIPT
**THANK YOU FOR YOUR BUSINESS**

# INVOICE

*Paid 8/6/13*
*Via ... 8305*

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

KRO -378

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## *Invoice #13710*

| Date | Terms |
|------|-------|
| 09/03/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 09/03/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| **Copy Transcript of James Eric Dickenson  Vol: 1** | $ 147.30 |
| | $ 147.30 |

| | |
|---|---|
| Amount Due: | $ 147.30 |
| Paid: | $ 0.00 |

| Balance Due: | $ 147.30 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

KRO-378

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #13708

| Date | Terms |
|------|-------|
| 09/03/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 09/03/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|---|
| Copy Transcript of Richard Norbert Wollmann  Vol: 1 | |
| | $ 145.30 |
| | $ 145.30 |

| | |
|---|---|
| Amount Due: | $ 145.30 |
| Paid: | $ 0.00 |

| Balance Due: | $ 145.30 |
|---|---|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED
EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Valley Court Reporting, LLC**
2700 West Baseline Road, Suite 133-115
Tempe, Arizona 85283
Phone 602-710-1148
EIN 46-3884753

# Invoice

| Date | Invoice # |
|---|---|
| 12/10/2013 | 1015-MA |

**Bill To**

Kyle Briscoe, Esq.
The Peavler Group
3400 Carlisle Street, Suite 430
Dallas, Texas 75204

| Terms | Rep |
|---|---|
| Net 30 | SW |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Matthews vs. Kroger (KRO 375)<br>Case No. 4:19-CV-090-Y<br>Deposition Date: December 5, 2013 | | | |
| Video Depo of Holly Bencheck        1cc (Etran) | 26 | 2.95 | 76.70 |

Thank you for your business.

| **Total** | **$76.70** |
|---|---|

**Steven H. Gentry & Associates, Inc.**

5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

*KRO·378*

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #14357

| Date | Terms |
|------|-------|
| 12/19/2013 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 12/17/2013 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| **Copy Transcript of Dr. James Purgason** | |
| | $ 378.86 |
| | $ 378.86 |

| | |
|---|---|
| Amount Due: | $ 378.86 |
| Paid: | $ 0.00 |

| Balance Due: | $ 378.86 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES COPY VIA E-TRANSCRIPT AND PDF EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

# Usher Reporting Services

1326 Lochness Drive
Allen, Texas 75013
214-755-1612   214-547-0822 Fax
karen@usherreporting.com
www.usherreporting.com

**Certified Shorthand Reporting**

KRO· 378

**INVOICE NO.**    14-1019

January 31, 2014

Mr. Kyle Briscoe
The Peavler Group
3400 Carlisle Street
Suite 430
Dallas, Texas 75204

Re:  Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; *Elizabeth Matthews vs. Kroger Texas, L.P.*

| | |
|---|---|
| ORAL DEPOSITION OF GREGORY HIPSKIND, M.D. | 1431.51 |
| Taken: January 8, 2014 (Med/Tech/Video) | |
| VIDEOGRAPHER | 588.60 |
| (9:00 a.m. – 3:01 p.m.) | ====== |
| **Total Amount** | **$2,020.11** |

Tax ID No:   20-4301964

## DUE UPON RECEIPT
## THANK YOU FOR YOUR BUSINESS

# INVOICE

Paid 2/7/14
Visa ... 3170
CPS

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

KRO- 378

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #14611

| Date | Terms |
|------|-------|
| 02/20/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 02/12/2014 | 8475 | Hendrick, Charis M.; White Horse Media Services | 02/20/2014 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| Copy Transcript of Stephen Ozanne, M.D. | $ 204.42 |
| | $ 204.42 |

| | |
|---|---|
| Amount Due: | $ 204.42 |
| Paid: | $ 0.00 |

*ORDER INCLUDES COPY VIA E-TRANSCRIPT AND
SCANNED EXHIBITS.*

| Balance Due: | $ 204.42 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

# Usher Reporting Services

1326 Lochness Drive
Allen, Texas 75013
214-755-1612 ◆ 214-547-0822 Fax
karen@usherreporting.com
www.usherreporting.com

**Certified Shorthand Reporting**

**INVOICE NO.**       14-1055

February 28, 2014

Ms. Donna Peavler
The Peavler Group
3400 Carlisle Street
Suite 430
Dallas, Texas 75204

   Re:  Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth Division; *Elizabeth Matthews vs. Kroger Texas, L.P.*

ORAL DEPOSITION OF ASA MATTHEWS          697.22
Taken: January 8, 2014
                                              = = = = =
              **Total Amount**     **$697.22**

Tax ID No:   20-4301964

DUE UPON RECEIPT
**THANK YOU FOR YOUR BUSINESS**

# I N V O I C E

*KRO-378*
*Paid 3/6/14*
*Via .... 3170*
*CDS*



No Payments + No Interest if paid in full
in 6 Months on purchases of $99+
when you check out with PayPal Credit.
Subject to credit approval. See terms. US customers only

## Invoice

## Usher Reporting Services

Karen Usher
1326 Lochness Drive
Allen, TX 75013
United States
Phone: 214-755-1612
karen@usherreporting.com

KRO-378

| | |
|---|---|
| Invoice number | 14-1176 |
| Invoice date | 8/20/2014 |
| Payment terms | Due on receipt |
| Due date | 8/20/2014 |
| Reference | William Bruce Jones, MD |

## Bill To

kkoletar@peavlergroup.com
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

## Ship To

The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| ORAL DEPOSITION OF WILLIAM BRUCE JONES, MD - Taken: July 17, 2014 255 Pages 0/1, 314 pages of Exhibits | 1 | $1,705.87 | $1,705.87 |
| Subtotal | $1,705.87 | | |
| Total | $1,705.87 USD | | |

## Note to recipient(s)

Re: Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth
Division; Elizabeth Matthews vs. Kroger Texas, L.P
240 Pages

    

No Payments + No Interest if paid in full
in 6 Months on purchases of $99+
when you check out with PayPal Credit.
Subject to credit approval. See terms. US customers only.

## Invoice

## Usher Reporting Services



KRO-378

Karen Usher
1326 Lochness Drive
Allen, TX 75013
United States
Phone: 214-755-1612
karen@usherreporting.com

| | |
|---|---|
| **Invoice number** | 14-1186 |
| **Invoice date** | 8/20/2014 |
| **Payment terms** | Due on receipt |
| **Due date** | 8/20/2014 |
| **Reference** | Jason English |

## Bill To

kkoletar@peavlergroup.com
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

## Ship To

The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| ORAL DEPOSITION OF JASON ENGLISH - Taken: August 5, 2014 Kyle Briscoe - 228 pages 0&1, 1,116 pages of Exhibits | 1 | $1,791.66 | $1,791.66 |
| **Subtotal** | $1,791.66 | | |
| **Total** | $1,791.66 USD | | |

**Note to recipient(s)**

Re: Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth
Division; Elizabeth Matthews and Asa Matthews vs. Kroger Texas, L.P

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

MAY 30 2013
KRO-378

Donna C. Peavler
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #15181*

| Date | Terms |
|------|-------|
| 05/22/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 04/28/2014 | 8830 | Hendrick, Charis M. | 05/13/2014 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| Copy Transcript of Jim Hom, Ph.D. | $ 388.56 |
| | $ 388.56 |

| | |
|---|---|
| Amount Due: | $ 388.56 |
| Paid: | $ 0.00 |

| Balance Due: | $ 388.56 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO-378)

# INVOICE

**Usher Reporting Services**
Karen Usher
1326 Lochness Drive
Allen, TX 75013
United States

Phone: 214-755-1612
karen@usherreporting.com

| Invoice number | 14-1209 |
|---|---|
| Invoice date | 9/22/2014 |
| Payment terms | Due on receipt |
| Due date | 9/22/2014 |
| Reference | Sharna Wood, Ph.D. |

**Bill To**
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

kkoletar@peavlergroup.com

**Ship To**
The Peavler Group
Kim Koletar
3400 Carlisle Street
Suite 430
Dallas, TX 75204
United States

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| ORAL DEPOSITION OF SHARNA WOOD, Ph.D. - Taken: August 28, 2014 | 1 | $1,560.30 | $1,560.30 |

| | |
|---|---|
| Subtotal | $1,560.30 |
| Total | $1,560.30 USD |

**Note to recipient(s)**
Civil Action No. 4:13-CV-00090-Y; For the United States District Court for the Northern District of Texas Fort Worth
Division; Elizabeth Matthews and Asa Matthews vs. Kroger Texas, L.P

(K120-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## *Invoice #16710*

| Date | Terms |
|---|---|
| 12/05/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/12/2014 | 9487 | Simon, Lisa; White Horse Media Services | 11/25/2014 | Electronic delivery |

| Cause No. | Case |
|---|---|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

|  | Amount |
|---|---|
| **Copy Transcript of Jorge Romero, M.D.** | |
| | $ 244.60 |
| | $ 244.60 |

| | |
|---|---|
| Amount Due: | $ 244.60 |
| Paid: | $ 0.00 |

| Balance Due: | $ 244.60 |
|---|---|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED
EXHIBITS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

( KRO-378 )

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #16841

| Date | Terms |
|------|-------|
| 12/24/2014 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/25/2014 | 9084 | Martinez, Carmel; White Horse Media Services | 12/19/2014 | Electronic delivery |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| | Amount |
|---|--------|
| **Copy Transcript of James Thomas Knorpp, P.E.** | |
| | $ 171.60 |
| | $ 171.60 |

| | Amount Due: | $ 171.60 |
|---|---|---|
| | Paid: | $ 0.00 |

| Balance Due: | $ 171.60 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES E-TRANSCRIPT AND SCANNED EXHIBITS.*

Tax ID: 75-2440803    Web:  www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

Donna C. Peavler
Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

### *Invoice #18308*

| Date | Terms |
|------|-------|
| 07/09/2015 | Payment Due Upon Receipt. |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/26/2013 | 7850 | Simon, Lisa; White Horse Media Services | 07/08/2015 | Courier |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP (KRO-378) |

| | Amount |
|---|--------|
| **Copy Transcript of Cameron Charles  Vol: 1** | $ 225.15 |
| | $ 225.15 |

| | |
|---|---|
| Amount Due: | $ 225.15 |
| Paid: | $ 0.00 |

*ORDER INCLUDES COPY VIA E-TRANSCRIPT, NO EXHIBITS.*

| Balance Due: | $ 225.15 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803   Web: www.gentrycr.com  E-mail: gentrycr@swbell.net  PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK
YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

Donna C. Peavler
Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

## *Invoice #18309*

| Date | Terms |
|------|-------|
| 07/09/2015 | Payment Due Upon Receipt. |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 07/08/2015 | Electronic delivery |

| Cause No. | Case | |
|-----------|------|--|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP | (KRO-379) |

| | Amount |
|--|--------|
| Copy Transcript of Margarita Salazar | |
| | $ 145.40 |
| | $ 145.40 |

| | |
|--|--|
| Amount Due: | $ 145.40 |
| Paid: | $ 0.00 |

*ORDER INCLUDES COPY VIA E-TRANSCRIPT, NO EXHIBITS REQUESTED.*

| | |
|--|--|
| Balance Due: | $ 145.40 |
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803   Web: www.gentrycr.com   E-mail: gentrycr@swbell.net   PAYMENT DUE UPON RECEIPT OF INVOICE.   THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #16955

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/05/2014 | 9211 | White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of Jason T. English** |

Amount Due:     $ 143.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

| Balance Due: | $ 143.50 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803     Web: www.gentrycr.com    E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

(KRO.378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## Invoice #16956

| Date | Terms |
|---|---|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/12/2014 | 9487 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|---|---|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|---|
| Original Transcript of Jorge Romero, M.D. |

Amount Due:     $ 143.50
Paid:     $ 0.00

| Balance Due: | $ 143.50 |
|---|---|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE ABOVE WITNESS.*

Tax ID: 75-2440803     Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

(KRO-378)

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #16954

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/28/2014 | 9369 | White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| Original Transcript of Sharna Wood, Ph.D. |

Amount Due:     $ 143.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE ABOVE WITNESS.*

| Balance Due: | $ 143.50 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869


(KRO-378)

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16953*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/26/2013 | 7850 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP. |

| Description |
|-------------|
| Original Transcript of Cameron Charles  Vol: 1 |

Amount Due:     $ 143.50
Paid:     $ 0.00

| Balance Due: | $ 143.50 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

Tax ID: 75-2440803     Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16950*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of Dr. James Purgason** |

|  |  |
|---|---|
| Amount Due: | $ 143.50 |
| Paid: | $ 0.00 |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE ABOVE WITNESS.*

| Balance Due: | **$ 143.50** |
|--------------|--------------|
| Payment Due: | **Upon Receipt** |

Tax ID: 75-2440803     Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #16952

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of James Eric Dickenson  Vol: 1** |

Amount Due: $ 93.50
Paid: $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

*(KRO-378)*

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

*Invoice #16951*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 08/16/2013 | 7972 | Bengs, Diana M.; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|

**Original Transcript of Richard Norbert Wollmann  Vol: 1**

Amount Due:     $ 93.50
Paid:     $ 0.00

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE ABOVE WITNESS.*

Tax ID: 75-2440803    Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.


(KRO-378)

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #16949

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 12/05/2013 | 8281 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|

Original Transcript of Margarita Salazar

Amount Due:    $ 93.50
Paid:    $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE*
*ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

(KRO-378)

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# Invoice #16948

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|-----------|--------|-------|---------------|-------------|
| 02/12/2014 | 8475 | Hendrick, Charis M.; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of Stephen Ozanne, M.D.** |

Amount Due:     $ 93.50
Paid:     $ 0.00

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE*
*ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803    Web: www.gentrycr.com   E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE. THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

# *Invoice #16947*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 06/25/2014 | 9084 | Martinez, Carmel; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of James Thomas Knorpp, P.E.** |

| | |
|---|---|
| Amount Due: | $ 93.50 |
| Paid: | $ 0.00 |

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE
ABOVE WITNESS.*

Tax ID: 75-2440803    Web: www.gentrycr.com  E-mail:  gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**Steven H. Gentry & Associates, Inc.**
5115 North Galloway Suite 202
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

B. Kyle Briscoe
Peavler Group
3400 Carlisle Street
Suite 430
Dallas, TX 75204-1221

## *Invoice #16946*

| Date | Terms |
|------|-------|
| 01/12/2015 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|------------|--------|-------|---------------|-------------|
| 07/02/2013 | 7849 | Simon, Lisa; White Horse Media Services | 01/08/2015 | Video |

| Cause No. | Case |
|-----------|------|
| 4:13-CV-090-Y | Elizabeth Matthews vs. Kroger Texas, LP |

| Description |
|-------------|
| **Original Transcript of Brandi McMicken  Vol: 1** |

| | |
|---|---|
| Amount Due: | $ 93.50 |
| Paid: | $ 0.00 |

*ORDER INCLUDES VIDEO SERVICES AS LISTED FOR THE ABOVE WITNESS.*

| Balance Due: | $ 93.50 |
|--------------|---------|
| Payment Due: | Upon Receipt |

Tax ID: 75-2440803   Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

PAYMENT DUE UPON RECEIPT OF INVOICE.  THANK YOU FOR YOUR BUSINESS.

**VideoDep, Inc.**
7776 South Pointe Parkway West
Suite 170
Phoenix, AZ 85044
(602) 431-2181

Tax ID 86-0787482

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2015 | 13-5497Ma |

**PAID 08/20/2015**

| BILL TO | SHIP TO |
|---------|---------|
| Attn: Kim Koletar<br>The Peavler Group<br>2215 Westgate Plaza<br>Grapevine, Texas 76051 | |

| TERMS | REP | SHIP DATE | SHIP VIA |
|-------|-----|-----------|----------|
| Prepay | | 8/21/2015 | FedEx |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Matthews vs. Kroger<br>Case No. 4:13-CV-090-Y<br>Video Deposition of: Holly Bencheck<br>Depo Date: December 5, 2013 | | | |
| Video/Transcript Synchronization - DepoView (Per Video Hr) | 0.5 | 45.00 | 22.50 |
| Deposition Media - DVD (1 MPEG 1 File) | 1 | 60.00 | 60.00 |
| Expedite | | 50.00 | 50.00 |
| Packaging; Handling & Shipping | 1 | 48.75 | 48.75 |

*For your convenience, we accept all major credit cards.*

Thank you for your business.

| **Total** | $181.25 |
|-----------|---------|


digital litigation services

| | Date | Invoice # |
|---|---|---|
| | 7/21/2015 | 5771 |

**Bill To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

**Ship To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

| Job Number | Case Name | Client Matter No. | Sales Rep | Ordered By |
|---|---|---|---|---|
| 20150752 | Matthews | KRO-378 | GM | Kim K |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Blowback B&W | 19,161 | Black and White Blowback | 0.08 | 1,532.88T |
| Blowback Color | 603 | Color Blowback | 1.00 | 603.00T |
| Tabs Index | 369 | Standard Index Tabs | 0.25 | 92.25T |

Signature:

| | |
|---|---|
| Subtotal | $2,228.13 |
| Sales Tax (8.25%) | $183.82 |
| **Total** | **$2,411.95** |

iSolutions is happy to accept the following credit cards via telephone or e-mail.
You may also elect to remit payment with a check or money order to the address below.

214-742-1115    iSolutions Digital Litigation, 400 N. Saint Paul St., Suite 410, Dallas, TX 75201    www.isolutionslit.com
TAX ID: 30-0714028


# iSolutions
## digital litigation services

| Date | Invoice # |
|---|---|
| 8/19/2015 | 5889 |

**Bill To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

**Ship To**

The Peavler Group
2215 Westgate Plaza
Grapevine, TX 76051

| Job Number | Case Name | Client Matter No. | Sales Rep | Ordered By |
|---|---|---|---|---|
| 20150850 | Matthews v Kroger | KRD-378 | GM | Kim K |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Blowback B&W | 3,095 | Black and White Blowback | 0.08 | 247.60T |
| Blowback Color | 68 | Color Blowback | 1.00 | 68.00T |
| Tabs Index | 157 | Standard Index Tabs | 0.25 | 39.25T |

Signature:

| | |
|---|---|
| Subtotal | $354.85 |
| Sales Tax (8.25%) | $29.28 |
| **Total** | **$384.13** |

iSolutions is happy to accept the following credit cards via telephone or e-mail.
You may also elect to remit payment with a check or money order to the address below.

214-742-1115        iSolutions Digital Litigation, 400 N. Saint Paul St., Suite 410, Dallas, TX 75201        www.isolutionslit.com
TAX ID: 30-0714028



# I N V O I C E

## WRITTEN DEPOSITION SERVICE
P (972) 488-5555 F (972) 488-5590

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 341107 | 09/26/2013 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-47790-066 | 07/22/2013 | 4:13-CV-090-Y |

| CASE CAPTION |
|---|
| Elizabeth Matthews vs. Kroger Texas, L.P. |

| RECORDS PERTAINING TO |
|---|
| ELIZABETH MATTHEWS |
| SSN : XXX-XX-5911          DOB : 10/03/1966 |

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

| RECORDS FROM |
|---|

ALBERTSON'S LLC   Human Resources
P.O. BOX 20   BOISE, ID 83726

Copy of Records for Opposing Counsel Pertaining To:
  ELIZABETH MATTHEWS                                                    86.00

KRO-378

                    TOTAL   DUE   >>>>         86.00

Invoice paid with your check #: 3927

PAID
9|10|13

TAX ID NO. :   73-1497732                                    (214) 999-0550   Fax  (214) 999-0551

*Please detach and return this portion with your payment*

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

Invoice No.:  341107
Date       :  09/26/2013
**TOTAL DUE** :  $      86.00

Order No.  :  01-47790-066
Cause No.  :  4:13-CV-090-Y
Elizabeth Matthews vs. Kroger Texas,

Remit To:    **Written Deposition Service, LLC**
           **1750 Valley View Lane**
           **Suite 210**
           **Dallas, TX 75234**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 391326**

Federal Tax ID 75-2434012
Invoice Date 10/11/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :      Our File No : **372050**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            WAL-MART - EMPLOYMENT
B. KYLE BRISCOE                              C/O CT CORP.
3400 CARLISLE STREET                         350 N. ST. PAUL STREET
SUITE 430                                    SUITE 2900
DALLAS, TX 75204                             DALLAS, TX 75201

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 72 | $0.50 | $36.00 |
| Client Copy - Per Page | 72 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $95.84 | $95.84 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| Color Copy - Per Page | 10 | $1.00 | $10.00 |
| **Invoice Totals** | | | **$256.84** |

**CLIENT COPY**

# I N V O I C E

## WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 343308 | 10/22/2013 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-47790-067 | 08/26/2013 | 4:13-CV-090-Y |

| CASE CAPTION |
|---|
| Elizabeth Matthews vs. Kroger Texas, L.P. |

| RECORDS PERTAINING TO |
|---|
| ELIZABETH MATTHEWS |
| SSN : XXX-XX-5911                DOB : 10/03/1966 |

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

| RECORDS FROM |
|---|

KID TO KID    Human Resources
8420 DENTON HWY, STE 108    WATAUGA, TX 76148

Copy of Records for Opposing Counsel Pertaining To:
       ELIZABETH MATTHEWS                                              100.00

                                     TOTAL   DUE   >>>>        100.00

Invoice paid with your check #: 003979

PAID

KRO-378

TAX ID NO.:  73-1497732                    (214) 999-0550    Fax  (214) 999-0551

*Please detach and return this portion with your payment*

Donna Peavler
The Peavler Group
3400 Carlisle Street, Ste 430
Dallas, TX 75204

Invoice No.:  343308
Date     :  10/22/2013
**TOTAL DUE  :  $     100.00**

Order No.  :  01-47790-067
Cause No.  :  4:13-CV-090-Y
Elizabeth Matthews vs. Kroger Texas,

Remit To:    **Written Deposition Service, LLC**
            **1750 Valley View Lane**
            **Suite 210**
            **Dallas, TX 75234**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 392589**
Federal Tax ID 75-2434012
Invoice Date 10/23/2013
Account 11564-
**Invoice Due On Receipt**

*OCT ...*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                   **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :        Our File No : **377976**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            ALLSTATE INSURANCE COMPANY
B. KYLE BRISCOE                              ATTN:  CLAIMS DEPT.
3400 CARLISLE STREET                         8675 FREEPORT PARKWAY
SUITE 430                                    SUITE E-2
DALLAS, TX 75204                             IRVING, TX 75063

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 5 | $0.50 | $2.50 |
| Client Copy - Per Page | 5 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$117.50** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 394000**

Federal Tax ID 75-2434012
Invoice Date 11/06/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **377972**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. LUIS DUARTE
120 E. BEAUREGARD AVE
ATTN:MEDICAL RECORDS
SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 293 | $0.50 | $146.50 |
| Client Copy - Per Page | 293 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $75.95 | $75.95 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$337.45** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 394379**
Federal Tax ID 75-2434012
Invoice Date 11/12/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No : KRO-378**
Our File No : **377977**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
GATES MCDONALD & COMPANY
ATTN: CLAIMS DEPT.
215 N. FRONT ST
COLUMBUS, OH 43215

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 395967**

Federal Tax ID 75-2434012
Invoice Date 11/26/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

*DEC 0 6 2013*
*KRO-378*

---

Deliver To : **KIM KOLETAR**                                   **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :              Our File No : **377973**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
SHANNON MEDICAL CENTER - MEDICAL
120 E. HARRIS
ATTN: MEDICAL RECORDS
SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 749 | $0.50 | $374.50 |
| Client Copy - Per Page | 749 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $686.30 | $686.30 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$1,175.80** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 396169**
Federal Tax ID 75-2434012
Invoice Date 11/27/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

*KRO-378*

Deliver To : **KIM KOLETAR**                                    Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :              Our File No : **377975**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
21ST CENTURY INSURANCE
P.O.BOX 268820
ATTN: CLAIM DEPT. / LEGAL
OKLAHOMA CITY, OK 731268820

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax) .

**Invoice - 396554**
Federal Tax ID 75-2434012
Invoice Date 12/05/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :              Our File No : **377974**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
BLUE CROSS BLUE SHIELD
ATTN: CLAIMS DEPT.
1001 EAST LOOKOUT DRIVE
RICHARDSON, TX 75082

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 16 | $0.50 | $8.00 |
| Client Copy - Per Page | 16 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $36.00 | $36.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$159.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 397350**
Federal Tax ID 75-2434012
Invoice Date 12/16/2013
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :              Our File No : **377978**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
NATIONWIDE INSURANCE COMPANY
C/O CT CORP
2150 LAKESIDE BLVD STE 200
RICHARDSON, TX 75082

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 402227**

Federal Tax ID 75-2434012
Invoice Date 02/05/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

\- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**       Claim No :                  Our File No : **386730**

---

Our Services Ordered By :                              Records From :
THE PEAVLER GROUP                                 TOUCHSTONE IMAGING
B. KYLE BRISCOE                                         1425 GROSS ROAD
3400 CARLISLE STREET                              STE. 130
SUITE 430                                                   ATTN: MEDICAL RECORDS
DALLAS, TX 75204                                      MESQUITE, TX 75149

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 403223**
Federal Tax ID 75-2434012
Invoice Date 02/17/2014
Account 11564-
**Invoice Due On Receipt**

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **386726**

Our Services Ordered By :                     Records From :
THE PEAVLER GROUP                             ENVISION IMAGING OF FORT WORTH
B. KYLE BRISCOE                               10840 TEXAS HEALTH TRAIL
3400 CARLISLE STREET                          SUITE 140
SUITE 430                                     ATTN: MEDICAL RECORDS
DALLAS, TX 75204                              FORT WORTH, TX 76244

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 22 | $0.50 | $11.00 |
| Client Copy - Per Page | 22 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $116.57 | $116.57 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$242.57** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 403588**

Federal Tax ID 75-2434012

Invoice Date 02/20/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                    Our File No : **386729**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
TEXAS HEALTH PHYSICIANS GROUP
1301 PENNSYLVANIA AVE.
ATTN:MEDICAL RECORDS
FORT WORTH, TX

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404020**

Federal Tax ID 75-2434012
Invoice Date 02/24/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

| | |
|---|---|
| Deliver To : **KIM KOLETAR** | **Your File No: KRO-378** |
| Pertaining To : **ELIZABETH MATTHEWS**     Claim No : | Our File No : **386727** |

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
NORTHWEST FAMILY PRACTICE
4504 BOAT CLUB ROAD, SUITE 800
ATTN: MEDICAL RECORDS
FORT WORTH, TX 76135

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404051**

Federal Tax ID 75-2434012
Invoice Date 02/25/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**

**Your File No: KRO-378**

Pertaining To : **ELIZABETH MATTHEWS**        Claim No :

Our File No : **386724**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
NORTH TARRANT FAMILY PRACTIC
5445 BASSWOOD BLVD.
SUITE 650
ATTN: MEDICAL RECORDS
FORT WORTH, TX 76137

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404695**
Federal Tax ID 75-2434012
Invoice Date 02/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

*KRO-378*

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**     Claim No :          Our File No : **386803**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
WILLIAM BRUCE JONES, PH.D.
12820 HILLCREST
SUITE 118
DALLAS, TX 75230

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 147 | $0.50 | $73.50 |
| Client Copy - Per Page | 147 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $143.75 | $143.75 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$332.25** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404618**

Federal Tax ID 75-2434012
Invoice Date 02/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

*KRO-378*

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **386723**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
TOUCHSTONE IMAGING
5455 BASSWOOD BLVD.
SUITE 550
FORT WORTH, TX 76137

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 32 | $0.50 | $16.00 |
| Client Copy - Per Page | 32 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $58.00 | $58.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$189.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 404847**

Federal Tax ID 75-2434012
Invoice Date 03/03/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET                    - VS -
SUITE 430                               KROGER TEXAS, L.P.
DALLAS, TX 75204

Deliver To : **KIM KOLETAR**                                    Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **389024**

Our Services Ordered By :                Records From :
THE PEAVLER GROUP                        FAMILY MEDICINE OF NORTH TEXAS
B. KYLE BRISCOE                          2601 SCRIPTURE ST.
3400 CARLISLE STREET                     SUITE 102
SUITE 430                                ATTN:MEDICAL RECORDS
DALLAS, TX 75204                         DENTON, TX 76201

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 91 | $0.50 | $45.50 |
| Client Copy - Per Page | 91 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $58.00 | $58.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$218.50** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 405340**

Federal Tax ID 75-2434012
Invoice Date 03/06/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :            Our File No : **389029**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                              DR. MICHAEL LEE
B. KYLE BRISCOE                                    4232 HERITAGE TRACE PKWY
3400 CARLISLE STREET                          ATTN: MEDICAL RECORDS
SUITE 430                                              KELLER, TX 76248
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 405435**

Federal Tax ID 75-2434012

Invoice Date 03/07/2014

Account 11564-

**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :                Our File No : **389028**

---

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            DR. LAN LE
B. KYLE BRISCOE                              800 8TH AVE.
3400 CARLISLE STREET                         SUITE 506
SUITE 430                                    ATTN:MEDICAL RECORDS
DALLAS, TX 75204                             FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 26 | $0.50 | $13.00 |
| Client Copy - Per Page | 26 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $50.00 | $50.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$178.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 405717**

Federal Tax ID 75-2434012
Invoice Date 03/10/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :               Our File No : **389030**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
MEDSTAR EMERGENCY MEDICAL SERVICES
551 E. BERRY STREET
ATTN: MEDICAL RECORDS/JESSICA
FORT WORTH, AK 76110

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 9 | $0.50 | $4.50 |
| Client Copy - Per Page | 9 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $87.00 | $87.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$206.50** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 405865**

Federal Tax ID 75-2434012
Invoice Date 03/11/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                     **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**         Claim No :              Our File No : **386802**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
SHARNA L. WOOD, PH.D.
190 N. RIDGEWAY DRIVE
SUITE 101
ATTN: MEDICAL RECORDS
CLEBURNE, TX 76033

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $600.00 | $600.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$715.00** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406044**

Federal Tax ID 75-2434012
Invoice Date 03/13/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**    Claim No :        Our File No : **386721**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                        SAN ANGELO RADIOLOGISTS, PA - MEDICAL
B. KYLE BRISCOE                              3308 FOSTER STREET
3400 CARLISLE STREET                      ATTN:  MEDICAL RECORDS
SUITE 430                                         SAN ANGELO, TX 76902
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406457**
Federal Tax ID 75-2434012
Invoice Date 03/17/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

(KRO-378)

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :         Our File No : **389446**

Our Services Ordered By :                  Records From :
THE PEAVLER GROUP                          TARRANT FAMILY PRACTICE, PA
B. KYLE BRISCOE                            4504 BOAT CLUB ROAD
3400 CARLISLE STREET                       SUITE 800
SUITE 430                                  FORT WORTH, TX 76135
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406388**
Federal Tax ID 75-2434012
Invoice Date 03/17/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*( KRO-378 )*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **389031**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                            TEXAS NEURODIAGNOSTIC ASSOCIATES
B. KYLE BRISCOE                                    800 8TH AVE.
3400 CARLISLE STREET                          SUITE 118
SUITE 430                                             ATTN:MEDICAL RECORDS
DALLAS, TX 75204                                  FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 210 | $0.50 | $105.00 |
| Client Copy - Per Page | 210 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $199.02 | $199.02 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$419.02** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406884**

Federal Tax ID 75-2434012
Invoice Date 03/20/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                    Our File No : **389021**

Our Services Ordered By :                         Records From :
THE PEAVLER GROUP                               ARLINGTON NEUROSURGICAL AND SPINE
B. KYLE BRISCOE                                 800 WEST ARBROOK
3400 CARLISLE STREET                            SUITE 250
SUITE 430                                       MEDICAL RECORDS
DALLAS, TX 75204                                ARLINGTON, TX 76015

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 23 | $0.50 | $11.50 |
| Client Copy - Per Page | 23 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $32.00 | $32.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$158.50** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 406919**

Federal Tax ID 75-2434012
Invoice Date 03/20/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :           Our File No : **386722**

Our Services Ordered By :                Records From :
THE PEAVLER GROUP                        PLAZA MEDICAL CENTER - MEDICAL
B. KYLE BRISCOE                          900 EIGHTH AVENUE
3400 CARLISLE STREET                     ATTN: HEALTHPORT/MEDICAL RECS
SUITE 430                                FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 144 | $0.50 | $72.00 |
| Client Copy - Per Page | 144 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $193.18 | $193.18 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$380.18** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 407375**
Federal Tax ID 75-2434012
Invoice Date 03/25/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

( *KRO-378* )

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**         Claim No :         Our File No : **386728**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                         TEXAS HEALTH HARRIS METHODIST HOSPITAL
B. KYLE BRISCOE                             612 EAST LAMAR BLVD
3400 CARLISLE STREET                       ATTN: CARRIE
SUITE 430                                  SUITE 800
DALLAS, TX 75204                           ARLINGTON, TX 76011

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 267 | $0.50 | $133.50 |
| Client Copy - Per Page | 267 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $130.03 | $130.03 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$378.53** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

APR 0 3 2013

KRO-378

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                   **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **389027**

Our Services Ordered By :                Records From :
THE PEAVLER GROUP                        HEALTHSOUTH CITYVIEW REHABILITATION
B. KYLE BRISCOE                          6701 OAKMONT BLVD.
3400 CARLISLE STREET                     ATTN: MEDICAL RECORDS
SUITE 430                                FORT WORTH, TX 76132
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 104 | $0.50 | $52.00 |
| Client Copy - Per Page | 104 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $195.52 | $195.52 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$362.52** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 408859**

Federal Tax ID 75-2434012
Invoice Date 04/08/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

_KRO-378_

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :           Our File No : **389025**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
HEALTH FIRST MEDICAL GROUP
7630 NORTH BEACH STREET
SUITE 140
ATTN:MEDICAL RECORDS
FORT WORTH, TX 76137

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 167 | $0.50 | $83.50 |
| Client Copy - Per Page | 167 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $151.00 | $151.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$349.50** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 408854**
Federal Tax ID 75-2434012
Invoice Date 04/08/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

_KRO 378_

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                           **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                       Our File No : **389032**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                                DR. JOE WHEELER
B. KYLE BRISCOE                                  1650 W. ROSEDALE STREET
3400 CARLISLE STREET                             SUITE 305
SUITE 430                                        ATTN: MEDICAL RECORDS
DALLAS, TX 75204                                 FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 410346**

Federal Tax ID 75-2434012

Invoice Date 04/22/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*KRO-378*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                            **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**         Claim No :               Our File No : **389022**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                                BAYLOR ALL SAINTS MEDICAL CENTER - MEDICAL
B. KYLE BRISCOE                                  ATTN: MEDICAL RECORDS
3400 CARLISLE STREET                             1400 EIGHTH AVENUE
SUITE 430                                        FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 23 | $0.50 | $11.50 |
| Client Copy - Per Page | 23 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $150.26 | $150.26 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$276.76** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 411267**

Federal Tax ID 75-2434012
Invoice Date 04/29/2014
Account 11564-
**Invoice Due On Receipt**

*MAY 1 4 2013*

*KRO-378*

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **389023**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
CARENOW - MEDICAL
ATTN: MEDICAL RECORDS
645 E. STATE HWY 121
SUITE 600
COPPELL, TX 75019

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 82 | $0.50 | $41.00 |
| Client Copy - Per Page | 82 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $106.05 | $106.05 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$262.05** |

---

**CLIENT COPY**

**...rica ★ first**
325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

(KRO-378)

**Invoice - 419550**
Federal Tax ID 75-2434012
Invoice Date 07/11/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                         **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **401364**

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                             DR. JERRY K. GIDEON
B. KYLE BRISCOE                                   120 E HARRIS AVE
3400 CARLISLE STREET                         ATTN: MEDCIAL RECORDS
SUITE 430                                             SAN ANGELO, TX 76903
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

*(KRO-378)*

**Invoice - 419552**

Federal Tax ID 75-2434012
Invoice Date 07/11/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **401363**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
SHANNON MEDICAL PLAZA
102 N. MAGDALEN ST.
SUITE 210
ATTN: MEDICAL RECORDS
SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $1.00 | $1.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$76.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

(KRO-378)

**Invoice - 419731**
Federal Tax ID 75-2434012
Invoice Date 07/14/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**

Claim No :

**Your File No: KRO-378**
Our File No : **401365**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. RONNIE M. FENTON
120 E HARRIS AVE
ATTN: MEDICAL RECORDS
SAN ANGELO, TX 76903

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $25.00 | $25.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$35.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420397**
Federal Tax ID 75-2434012
Invoice Date 07/18/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **401382**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. JULIE A. THOMAS
4323 N. JOSEY LANE
SUITE 306
ATTN: MEDICAL RECORD
CARROLLTON, TX 75010

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 19 | $0.50 | $9.50 |
| Client Copy - Per Page | 19 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $40.00 | $40.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$164.50** |

------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420463**
Federal Tax ID 75-2434012
Invoice Date 07/18/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. 4:13-CV-00090-Y | FORT WORTH
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :          Our File No : **401370**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            BRYAN MITCHELL ELLIOTT, LPC, LMFT
B. KYLE BRISCOE                              2200 JOHNSON AVE.
3400 CARLISLE STREET                         ATTN: MEDICAL RECORDS
SUITE 430                                    SAN ANGELO, TX 76904
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice – 420558**

Federal Tax ID 75-2434012
Invoice Date 07/21/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :              Our File No : **401380**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. ALEXANDER CHO
7777 FOREST LANE
BLDG C, SUITE 500
ATTN: MEDICAL RECORDS
DALLAS, TX 75230

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420559**

Federal Tax ID 75-2434012
Invoice Date 07/21/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                   **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **401368**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. BARRY L. NORTHCUTT
105 S. BRYANT AVE.
SUITE 410
ATTN: MEDICAL RECORDS
EDMOND, OK 73034

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420560**

Federal Tax ID 75-2434012
Invoice Date 07/21/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

( KRO-378 )

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                              **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**         Claim No :                  Our File No : **401383**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                                DR. JOE M. TODD - MEDICAL
B. KYLE BRISCOE                                  1300 W. ROSEDALE
3400 CARLISLE STREET                             SUITE B
SUITE 430                                        FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 420679**

Federal Tax ID 75-2434012
Invoice Date 07/22/2014
Account 11564-
**Invoice Due On Receipt**

Cause No. **4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO·378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :              Our File No : **401372**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            DR. PRAVEEN K. REDDY - MEDICAL
B. KYLE BRISCOE                              3310 W. WADLEY AVE
3400 CARLISLE STREET                         MIDLAND, TX 79707
SUITE 430
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421091**
Federal Tax ID 75-2434012
Invoice Date 07/25/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

(KRO- 378)

Deliver To : **KIM KOLETAR**                                        Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **401381**

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                            DR. PEDRO NOSNIK
B. KYLE BRISCOE                                   4100 W 15TH ST # 206
3400 CARLISLE STREET                         ATTN: MEDICAL RECORDS
SUITE 430                                             PLANO, TX 75093
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 60 | $0.50 | $30.00 |
| Client Copy - Per Page | 60 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $109.64 | $109.64 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$254.64** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421339**

Federal Tax ID 75-2434012
Invoice Date 07/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **401371**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. MARK O. DAVIS
3501 KNICKERBOCKER RD.
ATTN: MEDICAL RECORDS / BRIANA
SAN ANGELO, TX 76904

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421338**

Federal Tax ID 75-2434012

Invoice Date 07/28/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*( KRO-378 )*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :                    Our File No : **401369**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. STEVEN A. DUNNAGAN
500 SOUTH UNIVERSITY AVENUE
SUITE 101
ATTN: DARLEEN
LITTLE ROCK, AR 77205

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

**america ★ first**

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421351**

Federal Tax ID 75-2434012

Invoice Date 07/29/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

(KRO-378)

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :            Our File No : **401367**

Our Services Ordered By :                       Records From :
THE PEAVLER GROUP                               DR. KELLY W. WILSON
B. KYLE BRISCOE                                 225 E. BEAUREGARD AVE.
3400 CARLISLE STREET                            ATTN; MEDICAL RECORDS
SUITE 430                                       SAN ANGELO, TX 76903
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 33 | $0.50 | $16.50 |
| Client Copy - Per Page | 33 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $39.95 | $39.95 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$171.45** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421757**
Federal Tax ID 75-2434012
Invoice Date 07/31/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :            Our File No : **401377**

Our Services Ordered By :                          Records From :
THE PEAVLER GROUP                              DR. ROGER S. BLAIR - MEDICAL
B. KYLE BRISCOE                                   ATTN: MEDICAL RECORDS
3400 CARLISLE STREET                           1325 PENNSYLVANIA AVENUE
SUITE 430                                          SUITE 700
DALLAS, TX 75204                                 FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 57 | $0.50 | $28.50 |
| Client Copy - Per Page | 57 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $96.16 | $96.16 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$239.66** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 421814**

Federal Tax ID 75-2434012

Invoice Date 08/01/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

_( KRO-378 )_

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**                                          Your File No: **KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **401378**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                            FEM CENTER
B. KYLE BRISCOE                              709 W. LEUDA ST.
3400 CARLISLE STREET                         ATTN; MEDICAL RECORDS
SUITE 430                                    FORT WORTH, TX 76104
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 83 | $0.50 | $41.50 |
| Client Copy - Per Page | 83 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $58.00 | $58.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$214.50** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 422561**

Federal Tax ID 75-2434012

Invoice Date 08/08/2014

Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**      Claim No :          Our File No : **401379**

---

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
CARENOW - MEDICAL
645 EAST STATE HWY 121
STE 600
MEDICAL RECORDS
COPPELL, TX 75019

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                Card Number _____   Expiration _____

___ Mastercard      Invoices    __422561_____

___ AMEX             Signature  _____   Date _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 423077**
Federal Tax ID 75-2434012
Invoice Date 08/14/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

(*KRO-378*)

---

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**       Claim No :

**Your File No: KRO-378**
Our File No : **401375**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. JAY N. YEPURI
1600 CENTRAL DR.
SUITE 155/310
ATTN: MEDICAL RECORDS
BEDFORD, TX 76022

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 74 | $0.50 | $37.00 |
| Client Copy - Per Page | 74 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $99.00 | $99.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$251.00** |

---

**CLIENT COPY**

# america★first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 423191**

Federal Tax ID 75-2434012
Invoice Date 08/15/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **401366**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                        DR. PETER CHANG
B. KYLE BRISCOE                              2142 SUNSET DR.
3400 CARLISLE STREET                    ATTN: MEDICAL RECORDS
SUITE 430                                        SAN ANGELO, TX 76904
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                          Card Number _____          Expiration _____
___ Mastercard              Invoices    _423191_____
___ AMEX                       Signature  _____          Date _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 424511**
Federal Tax ID 75-2434012
Invoice Date 08/28/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*(KRO-378)*

- VS -
KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

**Your File No: KRO-378**
Our File No : **401373**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Records From :
DR. WILLIAM E. BAZZELL
10950 U.S. HWY 87 NORTH
ATTN: MEDICAL RECORDS
CARLSBAD, TX 76934

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.    (KRO-378)

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **401374**

---

Our Services Ordered By :                        Records From :
THE PEAVLER GROUP                               DR. PAUL H. CHO
B. KYLE BRISCOE                                 909 9TH AVE.
3400 CARLISLE STREET                            SUITE 201, PLAZA I
SUITE 430                                       ATTN: MEDICAL RECORDS
DALLAS, TX 75204                                FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $25.00 | $25.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$140.00** |

---

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 425470**

Federal Tax ID 75-2434012
Invoice Date 09/08/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

*(KRO-378)*

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                        **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**         Claim No :         Our File No : **402839**

Our Services Ordered By :                           Records From :
THE PEAVLER GROUP                               ALBERTSON'S - EMPLOYMENT
B. KYLE BRISCOE                                       3030 CULLERTON DRIVE
3400 CARLISLE STREET                            ATTN:  HUMAN RESOURCES
SUITE 430                                                  FRANKLIN PARK, TX 60131
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 9 | $0.50 | $4.50 |
| Client Copy - Per Page | 9 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $50.00 | $50.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$169.50** |

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 426336**

Federal Tax ID 75-2434012
Invoice Date 09/15/2014
Account 11564-
**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

(KRO-378)

---

Deliver To : **KIM KOLETAR**                                          **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**         Claim No :            Our File No : **401376**

Our Services Ordered By :                    Records From :
THE PEAVLER GROUP                           DR. CHARLES D. MARABLE
B. KYLE BRISCOE                             800 8TH AVE.
3400 CARLISLE STREET                        SUITE 118
SUITE 430                                   ATTN: MEDICAL RECORDS
DALLAS, TX 75204                            FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 214 | $0.50 | $107.00 |
| Client Copy - Per Page | 214 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $169.00 | $169.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$391.00** |

--------------------------------------------------------------------------------

**CLIENT COPY**

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 431478**
Federal Tax ID 75-2434012
Invoice Date 11/05/2014
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                              **Your File No: KRO-378**
Pertaining To : **BUSINESS RECORDS**         Claim No :              Our File No : **411677**

Our Services Ordered By :                      Location :
THE PEAVLER GROUP                              HOME DEPOT U.S.A., INC.
B. KYLE BRISCOE                                CSC-LAWYERS INCO
3400 CARLISLE STREET                           211 E. 7TH STREET
SUITE 430                                      SUITE 620
DALLAS, TX 75204                               AUSTIN, TX 78701

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 0 | $0.50 | $0.00 |
| Client Copy - Per Page | 0 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $55.00 | $55.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$170.00** |

**CLIENT COPY**

# america★first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 432292**

Federal Tax ID 75-2434012
Invoice Date 11/14/2014
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -

KROGER TEXAS, L.P.

*(KRO-378)*

---

| | |
|---|---|
| Deliver To : **KIM KOLETAR** | **Your File No: KRO-378** |
| Pertaining To : **BUSINESS RECORDS**     Claim No : | Our File No : **411676** |

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

Location :
LOWE'S HOME CENTERS, LLC
CSC-LAWYERS INCO
211 E. 7TH STREET
SUITE 620
AUSTIN, TX 78701

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

--------------------------------------------------------------------------------

**REMITTANCE - RETURN WITH YOUR PAYMENT**

Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

| | | |
|---|---|---|
| ___ Visa | Card Number | Expiration |
| ___ Mastercard | Invoices     432292 | |
| ___ AMEX | Signature | Date |

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 433130**

Federal Tax ID 75-2434012
Invoice Date 11/21/2014
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
3400 CARLISLE STREET
SUITE 430
DALLAS, TX 75204

- VS -
KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **413375**

Our Services Ordered By :                           Location :
THE PEAVLER GROUP                                CITY OF SAN ANGELO EMS
B. KYLE BRISCOE                                       306 W. 1ST STREET
3400 CARLISLE STREET                            SAN ANGELO, TX 76903
SUITE 430
DALLAS, TX 75204

| Fee Description | Quantity | Rate | Extended |
|-----------------|----------|------|----------|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$115.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                          Card Number _____          Expiration _____
___ Mastercard              Invoices    433130_____
___ AMEX                       Signature _____          Date _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 437648**

Federal Tax ID 47-2852736
Invoice Date 01/09/2015
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

- VS -

KROGER TEXAS, L.P.

*(KRO-378)*

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**        Claim No :        Our File No : **413383**

---

Our Services Ordered By :                    Location :
THE PEAVLER GROUP                          LONE STAR ORTHOPEDIC & SPINE
B. KYLE BRISCOE                            215 OLD HIGHWAY 1187
2215 WESTGATE PLAZA                        BURLESON, TX 76028
GRAPEVINE, TX 76051

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Witness Fee | 1 | $1.00 | $1.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$76.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa              Card Number _____        Expiration _____
___ Mastercard        Invoices      437648                    _____
___ AMEX              Signature   _____  Date  _____

# america ★ first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 438853**

Federal Tax ID 47-2852736
Invoice Date 01/21/2015
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

(KRO-378)

THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

- VS -

KROGER TEXAS, L.P.

---

Deliver To : **KIM KOLETAR**                                    **Your File No: KRO-378**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :          Our File No : **413382**

Our Services Ordered By :                          Location :
THE PEAVLER GROUP                              DR. CHRISTOPHER INCE
B. KYLE BRISCOE                                   1001 12TH AVENUE
2215 WESTGATE PLAZA                           SUITE 172
GRAPEVINE, TX 76051                             FORT WORTH, TX 76104

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Court Copy - Per Page | 6 | $0.50 | $3.00 |
| Client Copy - Per Page | 6 | $0.00 | $0.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Prepaid Expenses | 1 | $65.00 | $65.00 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$183.00** |

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa                          Card Number _____          Expiration _____
___ Mastercard                 Invoices  438853_____
___ AMEX                         Signature _____          Date _____

# america ★ first

325 ll. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 442204**
Federal Tax ID 47-2852736
Invoice Date 02/24/2015
Account 11564-

**Invoice Due On Receipt**

**Cause No. 4:13-CV-00090-Y | FORT WORTH**
ELIZABETH MATTHEWS

*(KRO-378)*

THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

- VS -

KROGER TEXAS, L.P.

Deliver To : **KIM KOLETAR**
Pertaining To : **ELIZABETH MATTHEWS**          Claim No :

Your File No: **KRO-378**
Our File No : **406936**

Our Services Ordered By :
THE PEAVLER GROUP
B. KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX 76051

Location :
NATIONAL PERSONNEL RECORDS CENTER -
ATTN: MEDICAL RECORDS
9700 PAGE AVENUE
ST. LOUIS, MO 63132

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$70.00** |

**REMITTANCE - RETURN WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

___ Visa
___ Mastercard
___ AMEX

Card Number
Invoices        442204
Signature

Expiration
Date